NOTE CHANGES MADE BY THE COURT

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

AUG 26 2011

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CITRUS EL DORADO LLC, | Case No.: SAC V09-1462 DOC (RNBX) |
| Plaintiff, | JUDGMENT |
| vs. | |
| STEARNS BANK, FNBN RESCON I, | |
| Does 1 through 25, inclusive | |
| Defendant | |

A jury trial in this matter came before this Court on August 23, 2010. After receiving and hearing evidence, and deliberating thereon, the jury returned a verdict as follows:

| | |
|---|---|
| First Cause of Action: (Breach of Contract by Stearns) | $ 16,000,000.00 in favor of the plaintiff |
| Second Cause of Action (Misrepresentation/Fraud) | $ 000,000.00 |
| Third Cause of Action (Intentional Interference) | $ 000,000.00 |
| Fourth Cause of Action (Negligent Interference by Stearns) | $ 14,000,000.00 in favor of the plaintiff |

|   |   |
|---|---|
| Total Damages | $ 30,000,000.00 |

To avoid duplicative judgments, the court orders ~~As such,~~ a total judgment in favor of Plaintiff, Citrus El Dorado LLC, and against Defendant, Stearns Bank, in the amount of ~~Thirty~~ Sixteen Million Dollars ($~~30~~16,000,000) ~~shall be entered immediately.~~

Dated this __26__ day of August, 2011

*David O. Carter*
_____
Hon. David O. Carter

JUDGMENT - 2