# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| CITRUS EL DORADO LLC, | Case No.: SAC V09—1462 DOC (RNBX) |
| Plaintiff, | JUDGMENT |
| vs. | |
| STEARNS BANK, FNBN-RESCON I, LLC | |
| Does 1 through 25, inclusive | |
| Defendant. | |

## JUDGMENT IN A CIVIL ACTION

A jury trial in this matter came before this Court on August 23, 2010.  After receiving and hearing evidence, and deliberating thereon, the jury returned a verdict as follows:

| | |
|---|---|
| First Cause of Action: | $ 16,000,000.00 in favor of the plaintiff |
| (Breach of Contract by Stearns) | |
| Second Cause of Action: | $ 000,000.00 |
| (Misrepresentation/Fraud) | |
| Third Cause of Action | $ 000,000.00 |
| (Intentional Interference) | |
| Fourth Cause of Action | $ 14,000,000.00 in favor of the plaintiff |
| (Negligent Interference by Stearns) | |
| | |
| Total Damages | $ 30,000,000.00 |

1          By order dated January 5, 2011, the Court dismissed with prejudice plaintiff's claims

2   against defendant FDIC. (Dkt. 57). Prior to trial, defendants Stearns Bank and FNBN-RESCON I

3   LLC stipulated to the dismissal of their counter-claim against plaintiff for judicial foreclosure. (Dkt.

4   60 at 33). After the presentation of evidence, plaintiff voluntarily dismissed its remaining claims

5   against Stearns Bank and FNBN-RESCON I LLC for quiet title and conspiracy.

6          WHEREFORE, the Court hereby orders, adjudges, and decrees as follows: (1) To

7   avoid duplicate judgments, the Court orders a total judgment in favor of Plaintiff Citrus El Dorado

8   LLC and against Defendant Stearns Bank in the amount of Sixteen Million Dollars ($16,000,000);

9   (2) the Court orders judgment in favor of Defendant FNBN-RESCON I LLC and against Plaintiff, as

10  to Plaintiff's claims against it; (3) the Court orders that Defendant FNBN-RESCON I LLC shall take

11  nothing against Plaintiff Citrus El Dorado LLC, on its counter-claim for specific performance,

12  appointment of receiver and injunctive relief; and (4) the Court orders judgment in favor of Defendant

13  FDIC and against Plaintiff Citrus El Dorado, LLC, as to Plaintiff's claims against it.

14

15  DATED: January 30, 2012

16

17  _David O. Carter_

18  _____

    Hon. David O. Carter

19

20

21

22

23

24

25

26

27

28