UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| CITRUS EL DORADO LLC,<br><br>Plaintiff,<br><br>vs.<br><br>STEARNS BANK, FNBN-RESCON I, LLC<br><br>Does 1 through 25, inclusive<br><br>Defendant. | Case No.: SAC V09—1462 DOC (RNBX)<br><br>JUDGMENT |

## JUDGMENT IN A CIVIL ACTION

A jury trial in this matter came before this Court on August 23, 2010. After receiving and hearing evidence, and deliberating thereon, the jury returned a verdict as follows:

| | |
|---|---|
| First Cause of Action:<br>(Breach of Contract by Stearns) | $ 16,000,000.00 in favor of the plaintiff |
| Second Cause of Action:<br>(Misrepresentation/Fraud) | $ 000,000.00 |
| Third Cause of Action<br>(Intentional Interference) | $ 000,000.00 |
| Fourth Cause of Action<br>(Negligent Interference by Stearns) | $ 14,000,000.00 in favor of the plaintiff |
| Total Damages | $ 30,000,000.00 |

By order dated January 5, 2011, the Court dismissed with prejudice plaintiff's claims against defendant FDIC. (Dkt. 57). Prior to trial, defendants Stearns Bank and FNBN-RESCON I LLC stipulated to the dismissal of their counter-claim against plaintiff for judicial foreclosure. (Dkt. 60 at 33). After the presentation of evidence, plaintiff voluntarily dismissed its remaining claims against Stearns Bank and FNBN-RESCON I LLC for quiet title and conspiracy.

WHEREFORE, the Court hereby orders, adjudges, and decrees as follows: (1) To avoid duplicate judgments, the Court orders a total judgment in favor of Plaintiff Citrus El Dorado LLC and against Defendant Stearns Bank in the amount of Sixteen Million Dollars ($16,000,000); (2) the Court orders judgment in favor of Defendant FNBN-RESCON I LLC and against Plaintiff, as to Plaintiff's claims against it; (3) the Court orders that Defendant FNBN-RESCON I LLC shall take nothing against Plaintiff Citrus El Dorado LLC, on its counter-claim for specific performance, appointment of receiver and injunctive relief; and (4) the Court orders judgment in favor of Defendant FDIC and against Plaintiff Citrus El Dorado, LLC, as to Plaintiff's claims against it.

DATED: January 30, 2012

_____
Hon. David O. Carter