JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITRUS EL DORADO, LLC,<br><br>            Plaintiff,<br><br>     vs.<br><br>STEARNS BANK,<br><br>            Defendant. | Case No.: 09-cv-1462  DOC (RNBx)<br><br>**JUDGMENT** |

    The above-captioned matter was the subject of an appeal in the case of *Citrus El Dorado, LLC v. Stearns Bank* (U.S. Court of Appeals, Ninth Circuit, case numbers 11-57123 and 12-55311); wherein the Court of Appeals, on January 8, 2014, remanded the case to this U.S. District Court for a new trial on the cause of action for "breach of contract" brought by Plaintiff Citrus El Dorado, LLC ("Citrus") against Defendant Stearns Bank ("Stearns Bank").

    A jury trial was held in this matter between December 7, 2015 and December 14, 2015. On December 14, 2015, the jury returned the Verdict Form. The jury awarded Citrus El Dorado, LLC the amount of $1,200,000.00.

By virtue of and based upon the findings of the jury set forth in the Verdict Form, the jury awarded Citrus El Dorado, LLC the amount of $1,200,000.00.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that in this civil action, Plaintiff Citrus l Dorado, LLC shall recover damages from Defendant Stearns Bank in the amount of $1,200,000.00.

*David O. Carter*
_____
Hon. David O. Carter
United States District Court Judge

Dated: January 8, 2016